UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Cheryl Sartwell,

Plaintiff,

vs.

Anoka Medical [sic] Regional Treatment Center,

Defendant.

Civil File No. 01-CV-1213 ADM/AJB

**ORDER TO AMEND THE SCHEDULING ORDER**

The above-entitled matter came on for consideration before this Court on the ___ day of January 2002, upon a Stipulation by the parties in this action to amend the scheduling order. The parties, through their respective counsel, seek to amend the scheduling order with respect to the identity of the parties' experts and disclosure of expert reports.

In this instance, Plaintiff Cheryl Represented by Kelly A. Jeanetta, Esq., Miller O'Brien, 1208 Plymouth Building, 12 South Sixth Street, Minneapolis, Minnesota 55402. Defendant Anoka Metro Regional Treatment Center is represented by Marsha Eldot Devine, Assistant Attorney General, 1100 NCL Tower, 445 Minnesota Street, Saint Paul, Minnesota 55101-2128.

This Court finds that the parties' request for amending the scheduling order in accordance with the stipulation is reasonable under the circumstances. Therefore,

IT IS ORDERED THAT:

1. The identity of Plaintiff's experts shall be disclosed on or before April 1, 2002, and the identity of Defendant's experts shall be disclosed on or before May 1, 2002.

2. The Plaintiff's expert reports shall now be due May 1, 2002. The Defendant's expert reports shall now be due on June 1, 2002.

FILED JAN 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The Scheduling Order, dated September 24, 2001, shall otherwise remain in full force and effect and shall incorporate this Order by reference.

4. The Clerk of Court shall mail a copy of this Order to counsel for the parties in this matter at the Clerk's earliest convenience.

BY THE COURT:

Dated: January 4, 2002 ______________________________

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Cheryl Sartwell,

Plaintiff,

vs.

Anoka Medical [sic] Regional
Treatment Center,

Defendant.

Civil File No. 01-CV-1213 ADM/AJB

**STIPULATION TO AMEND THE SCHEDULING ORDER**

WHEREAS, the Court issued a scheduling order concerning the above-entitled matter, dated September 24, 2001; and

WHEREAS, counsel for Plaintiff Cheryl Sartwell and for Defendant Anoka Metro Regional Treatment Center have determined that the dates for disclosing the names of their experts will not allow sufficient time to take depositions and to determine what experts are needed; and

WHEREAS, the current scheduling order requires that Plaintiff identify her experts on or before January 1, 2002, and Defendant identifies its experts on or before February 1, 2002, and the parties exchange reports on or before February 1, 2002;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that it is necessary to amend the current scheduling order as follows:

1. The identity of Plaintiff's experts shall be disclosed on or before April 1, 2002, and the identity of Defendant's experts shall be disclosed on or before May 1, 2002.

2. The Plaintiff's expert reports shall now be due May 1, 2001. The Defendant's expert reports shall now be due on June 1, 2002.

3. The scheduling order dated September 24, 2001, shall remain in full force and effect and shall incorporate these agreements made by the parties.

Dated: 12-21-01

MILLER-O'BRIEN

Kelly A. Jeanetta

KELLY A. JEANETTA
Atty. Reg. No. 277204
MAURICE W. O'BRIEN
Atty. Reg. No. 130229
1208 Plymouth Building
12 South Sixth Street
Minneapolis, MN 55402
(612) 333-5831

ATTORNEYS FOR PLAINTIFF

Dated: 1/3/02

MIKE HATCH
Attorney General
State of Minnesota

Marsha Eldot Devine

MARSHA ELDOT DEVINE
Assistant Attorney General
Atty. Reg. No. 192922

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
(612) 282-5713 (Voice)
(612) 296-1410 (TTY)

ATTORNEYS FOR DEFENDANT