UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cheryl Sartwell,

Plaintiff,

vs.

Anoka Medical Regional Treatment Center,

Defendant.

Civil File No. 01-CV-1213 ADM/AJB

**ORDER DISMISSING WITH PREJUDICE STATE LAW CLAIMS AND AMENDING COMPLAINT**

Pursuant to the attached Stipulation of the parties,

IT IS HEREBY ORDERED that Counts One and Four (Violations of the Minnesota Human Rights Act) of Plaintiff's Complaint are dismissed with prejudice, and the Complaint is amended to reflect the true and correct name of the Defendant, which is the Anoka Metro Regional Treatment Center.

Dated: January 8, 2002

BY THE COURT:

Ann D. Montgomery
Judge of United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cheryl Sartwell,

Plaintiff,

vs.

Anoka Medical Regional Treatment Center,

Defendant.

Civil File No. 01-CV-1213 ADM/AJB

**STIPULATION TO DISMISS WITH PREJUDICE STATE LAW CLAIMS AND TO AMEND THE COMPLAINT TO REFLECT TO THE TRUE AND CORRECT NAME OF DEFENDANT**

IT IS HEREBY STIPULATED AND AGREED that Counts One and Four (Violation of the Minnesota Human Rights Act) shall be dismissed with prejudice as barred by the statute of limitations.

IT IS FURTHER STIPULATED AND AGREED that the Complaint shall be amended to reflect Defendant's true and correct name, which is the Anoka Metro Regional Treatment Center.

Dated: 12-14, 2001.

**MILLER-O'BRIEN**

Kelly A. Jeanetta

Kelly A. Jeanetta (277204)
1208 Plymouth Building
12 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-5831

**ATTORNEYS FOR PLAINTIFF**

Dated: Dec. 26, 2001.

**MIKE HATCH**
Attorney General
State of Minnesota

Marsha Eldot Devine

Marsha Eldot Devine (~~192992~~) 192922
445 Minnesota Street, Suite 100
St. Paul, Minnesota 55101-2128
(612) 282-5713 (Voice)
(612) 296-1410 (TTY)

**ATTORNEYS FOR DEFENDANT**

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____