**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

CHERYL SARTWELL,

Plaintiff,

v.

ANOKA METRO REGIONAL TREATMENT CENTER,

Defendant.

Civil No. 01-1213 ADM/AJB

**ORDER**

---

The above-entitled matter came before the Court on Defendant's motion to amend the Pretrial Scheduling Order. The motion was heard on Tuesday, May 28, 2002, at 9:00 a.m., before the undersigned United States Magistrate Judge. Based on the file, affidavits, memoranda and arguments of counsel,

IT IS HEREBY ORDERED THAT:

1. Defendant's motion is **granted in part and denied in part**, as stated herein [Docket No. 13];

2. Defendant may conduct only two independent examinations of Plaintiff, one to be performed by either a psychologist or a psychiatrist ("mental health examiner"), and the other to be performed by a Qualified Rehabilitation Consultant ("QRC");

3. The examination conducted by the mental health examiner shall be completed on or before July 1, 2002 and shall be limited to eight hours, including breaks, over the course of no more than two days;

JUN 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The examination conducted by the QRC shall be completed on or before July 1, 2002 and shall be limited to four and one-half hours, including breaks;

5. Defendant shall disclose expert reports on or before July 10, 2002;

6. Plaintiff is not required to produce expert reports from Dr. Buckler and Ms. King, Plaintiff's treating physician and treating psychologist, respectively;

7. The depositions of Dr. Buckler and Ms. King shall be completed by July 1, 2002, unless otherwise agreed upon by the parties;

8. Dispositive motions shall be served and filed by August 1, 2002; and

9. To the extent that it has not been addressed above, the Pretrial Scheduling Order, as amended, remains in full effect;

Dated: 6/4/02

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

Although the above-entitled matter came before the Court on Defendant's motion to amend the Pretrial Scheduling Order, the Court was drawn into more specific discovery disputes, including the parameters of Defendant's proposed independent examinations, and whether or not Plaintiff should be required to produce expert reports from Dr. Buckler and Ms. King, Plaintiff's treating physician and treating psychologist, respectively.

Plaintiff has identified Dr. Buckler and Ms. King as potential witnesses. It is Plaintiff's position that Dr. Buckler and Ms. King, as treatment providers (as opposed to specially retained experts), were not required to submit expert reports. The Court agrees. Rule 26(a)(2)(B) clearly draws a distinction between specially retained experts and those who are not specially retained. Indeed, the Advisory Committee notes use a treating physician as an example of an expert, who does not need to submit an expert report. See FED. R. CIV. P. 26(a)(2), Advisory Committee Notes, 1993 amendment ("A treating physician, for example, can be deposed or called to testify at trial without any requirement for a written report.").

It should be clear, however, that the Court is not giving Plaintiff *carte blanche* to use Dr. Buckler and Ms. King in an unlimited fashion. A witness can be a hybrid witness as to some testimony, but a retained expert as to other testimony. See Sullivan v. Glock, Inc., 175 F.R.D. 497, 500-01 (D. Md. 1997) (and cases cited therein). Where the line should be drawn is a matter for *in limine* motions and objections at trial.

AJB

## *Featured Speakers Include:*

<u>District of Minnesota</u>

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

<u>United States Bankruptcy Court</u>
<u>District of Minnesota</u>

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Racial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ______
Firm/Employer ______
Address ______
______
______
Phone ______
E-Mail ______

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.
Catherine A. McEnroe, Leonard, Street and Deinard
Celeste M. Shahidi, U.S. Courthouse Minneapolis Building
Susan Nolting, U.S. Department of Justice
Maureen Watz Gornik, Warren E. Burger Federal Building