**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

CHERYL SARTWELL,

Plaintiff,

v.

ANOKA METRO REGIONAL TREATMENT CENTER,

Defendant.

Civil No. 01-1213 ADM/AJB

**ORDER**

---

The above-entitled matter is before the Court on Defendant's informal motion to compel certain diary entries of Plaintiff. Having reviewed the at-issue diary entries, *in camera*, the Court HEREBY ORDERS THAT:

1. Defendant's motion is **denied**;

2. Plaintiff does not need to produce her diaries entries dated January 1, 1999 to July 18, 1999.

Dated: 6/18/02

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

Plaintiff produced her diary entries dated July 18, 1999 to April 2000. Defendant now seeks diary entries from January 1, 1999 to date. Apparently, Plaintiff now agrees to produce diary entries dated April 2000 to date. Plaintiff, however, still resists producing diary entries dated January 1, 1999 to July 18, 1999. The parties have placed their

JUN 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

dispute before the Court on an informal basis. The Court approaches the matter as if Defendant made a formal motion to compel.

Plaintiff has submitted, for *in camera* review, her diary entries dated before July 18, 1999. After reviewing said diary entries and even after giving Defendant the full benefit of the liberal rules governing discovery, the Court concludes that said diary entries should not be produced. The at-issue diary entries do not contain information that is even arguably relevant, and the remote chance that said diary entries could lead to relevant information is far outweighed by privacy concerns.

AJB