UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Cheryl Sartwell,

Plaintiff,

vs.

Anoka Metro Regional Treatment Center,

Defendant.

Civil File No. 01-CV-1213 ADM/AJB

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter came on for review based upon the parties' Stipulation of Dismissal with Prejudice and Settlement Agreement and Release of All Claims. Defendant Anoka Metro Regional Treatment Center ("AMRTC") is represented by Assistant Attorney General Marsha Eldot Devine, 1100 NCL Tower, 445 Minnesota Street, St. Paul, Minnesota 55101. Plaintiff Cheryl Sartwell is represented by her attorney, Kelly A. Jeanetta, Esq., Miller O'Brien, One Financial Plaza, Suite 2400, 120 South Sixth Street, Minneapolis, MN 55402. This Court having reviewed the parties' Stipulation of Dismissal with Prejudice,

**HEREBY ORDERS THAT:**

1. The Plaintiff's Complaint is dismissed in its entirety and with prejudice;

2. The Clerk of Court is directed to immediately enter a Judgment of Dismissal with Prejudice with regard to Plaintiff's Complaint in accordance with the parties' Stipulation of Dismissal With Prejudice, there being no just reason for delay in the entry of the judgment of dismissal with prejudice; and

MAR 06 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The Clerk of Court is further directed to send a copy of this Order of Dismissal with Prejudice and Judgment of Dismissal with Prejudice to counsel for the parties, indicating that the Order has been docketed and that the judgment of dismissal with prejudice has been entered.

BY THE COURT:

Dated: March 5, 2002.

ANN D. MONTGOMERY
Judge of District Court

AG: #752437-v1